1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    BENJAMIN D. GALLOWAY, #214897
     Assistant Federal Defender
3    Designated Counsel for Service
     801 "I" Street, 3rd Floor
4    Sacramento, CA 95814

5    Attorney for Defendant
     JOSE ANTONIO VALLE-MARTINEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                    )
11   UNITED STATES OF AMERICA,       )  NO. 2:10-CR-00516-JAM
                                     )
12              Plaintiff,           )  STIPULATION AND  ORDER
                                     )  TO CONTINUE STATUS CONFERENCE
13        v.                         )
                                     )
14   JOSE ANTONIO VALLE-MARTINEZ,    )  DATE:      November 18, 2014
                                     )  TIME:      9:30 a.m.
15              Defendant.           )  JUDGE:     Hon. John A. Mendez
                                     )
16

17        It is hereby stipulated and agreed to between the United States of America through

18   NIRAV DESAI, Assistant U.S. Attorney and defendant JOSE ANTONIO VALLE-MARTINEZ

19   by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the

20   status conference set for October 21, 2014 be continued to November 18, 2014 at 9:30 a.m.

21        The reason for this continuance is to allow defense counsel additional time to review

22   discovery with the defendant, to examine possible defenses and to continue investigating the

23   facts of the case.

24        The parties stipulate and agree that the interests of justice served by granting this

25   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

26   U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

27

28

                                      -1-

1    DATED: October 16, 2014                          Respectfully submitted,

2
                                                      HEATHER E. WILLIAMS
3                                                     Federal Defender

4                                                     */s/ Benjamin Galloway*
                                                      BENJAMIN GALLOWAY
5                                                     Assistant Federal Defender
                                                      Attorney for Defendant
6                                                     JOSE ANTONIO VALLE-MARTINEZ

7    DATED: October 16, 2014                          BENJAMIN B. WAGNER
                                                      United States Attorney
8
                                                      */s/ Nirav Desai*
9                                                     NIRAV DESAI
                                                      Assistant U.S. Attorney
10                                                    Attorney for Plaintiff

11                               **O R D E R**

12          The Court, having received, read, and considered the stipulation of the parties, and good

13   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

14   Court specifically finds that the failure to grant a continuance in this case would deny counsel

15   reasonable time necessary for effective preparation, taking into account the exercise of due

16   diligence. The Court finds that the ends of justice to be served by granting the requested

17   continuance outweigh the best interests of the public and the defendant in a speedy trial.

18          The Court orders that the time from the date of the parties stipulation, up to and including

19   November 18, 2014, shall be excluded from computation of time within which the trial of this

20   case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

21   and(B)(iv) [reasonable time for counsel to prepare] (Local Code T4).  It is further ordered that

22   the October 21, 2014 status conference shall be continued until November 18, 2014, at 9:30 a.m.

23

24   DATED: October 16, 2014

25                                                    /s/ John A. Mendez
                                                      HON. JOHN A. MENDEZ
26                                                    United States District Court Judge

27

28
                                              -2-