| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | JOSE ANTONIO VALLE-MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:10-CR-00516-JAM |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA AND SENTENCING |
| v. | ) | |
| JOSE ANTONIO VALLE-MARTINEZ, | ) | DATE: December 9, 2014 |
| | ) | TIME: 9:30 AM |
| Defendant. | ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through, NIRAV DESAI Assistant U.S. Attorney and defendant JOSE ANTONIO VALLE-MARTINEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the change of plea set for December 2, 2014 be continued to December 9, 2014 at 9:30 a.m.

The continuance is requested to accommodate the schedules of the Court and the parties. The additional time will be used to review discovery with the defendant in preparation for a change of plea. The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial. Speedy trial time is to be excluded from the date of this order through the date of the status conference set for to December 9, 2014 pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

U.S. v. VALLE-MARTINEZ                                    -1-
Stipulation and Order

DATED: November 21, 2014                    Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                          Federal Defender

                                                          */s/ Benjamin Galloway*
                                                          BENJAMIN GALLOWAY
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          JOSE ANTONIO VALLE-MARTINEZ


DATED: November 21, 2014                    BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          */s/ Nirav Desai*
                                                          NIRAV DESAI
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, November 21, 2014 up to and including December 9, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the December 2, 2014 change of plea shall be continued until December 9, 2014, at 9:30 a.m.

DATED: November 21, 2014                    /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ
                                                          United States District Court Judge